Sylvester MILLER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 553, 2016

Supreme Court of Delaware.

Submitted: December 28, 2016
Decided: February 24, 2017
Rehearing En Banc Denied
March 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0408012099

AFFIRMED.